# Exhibit "1"

Marentette et al v. Abbott Laboratories, Inc.                                    Exhibit 1, page 1 of 14



Marentette et al v. Abbott Laboratories, Inc.





## NUTRIENTS per 100 Calories (5 fl oz)

| | | | | |
|---|---|---|---|---|
| PROTEIN | 2.07 G | CARBOHYDRATE | 10.9 G | LINOLEIC ACID ... 860 MG |
| FAT | 5.40 G | WATER | 133 G | |

### VITAMINS

| | | | | | |
|---|---|---|---|---|---|
| VITAMIN A | 300 IU | VITAMIN B6 | 60 MCG | BIOTIN | 4.4 MCG |
| VITAMIN D | 60 IU | VITAMIN B12 | 0.25 MCG | VITAMIN C | |
| VITAMIN E | 1.5 IU | NIACIN | 1050 MCG | (ASCORBIC ACID) | 9 MG |
| VITAMIN K | 8 MCG | FOLIC ACID | | CHOLINE | 16 MG |
| THIAMIN (VIT. B1) | 100 MCG | (FOLACIN) | 15 MCG | INOSITOL | 4.7 MG |
| RIBOFLAVIN | | PANTOTHENIC | | | |
| (VIT. B2) | 150 MCG | ACID | 450 MCG | | |

### MINERALS

| | | | | | |
|---|---|---|---|---|---|
| CALCIUM | 78 MG | ZINC | 0.75 MG | SELENIUM | 1.8 MCG |
| PHOSPHORUS | 42 MG | MANGANESE | 5 MCG | SODIUM | 24 MG |
| MAGNESIUM | 6 MG | COPPER | 90 MCG | POTASSIUM | 105 MG |
| IRON | 1.8 MG | IODINE | 6 MCG | CHLORIDE | 65 MG |

**INGREDIENTS:** WATER, ORGANIC NONFAT MILK, ORGANIC MALTODEXTRIN, ORGANIC SUGAR, ORGANIC HIGH OLEIC SUNFLOWER OIL, ORGANIC SOY OIL, ORGANIC COCONUT OIL; LESS THAN 0.5% OF: C. COHNII OIL, M. ALPINA OIL, BETA-CAROTENE, LUTEIN, LYCOPENE, FRUCTOOLIGOSACCHARIDES, POTASSIUM CITRATE, CALCIUM CARBONATE, ASCORBIC ACID, SOY LECITHIN, CARRAGEENAN, MAGNESIUM CHLORIDE, SALT, FERROUS SULFATE, CHOLINE CHLORIDE, CHOLINE BITARTRATE, TAURINE, m-INOSITOL, d-ALPHA-TOCOPHERYL ACETATE, L-CARNITINE, ZINC SULFATE, NIACINAMIDE, CALCIUM PANTOTHENATE, RIBOFLAVIN, VITAMIN A PALMITATE, CUPRIC SULFATE, THIAMINE CHLORIDE HYDROCHLORIDE, PYRIDOXINE HYDROCHLORIDE, FOLIC ACID, MANGANESE SULFATE, PHYLLOQUINONE, BIOTIN, POTASSIUM IODIDE, SODIUM SELENATE, VITAMIN D3, CYANOCOBALAMIN, POTASSIUM HYDROXIDE AND NUCLEOTIDES (ADENOSINE 5'-MONOPHOSPHATE, CYTIDINE 5'-MONOPHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE).
**CONTAINS MILK AND SOY INGREDIENTS.**

**Abbott Nutrition**, Abbott Laboratories
Columbus, Ohio 43219-3034 USA

CERTIFIED ORGANIC BY QUALITY ASSURANCE INTERNATIONAL

C. COHNII OIL IS A SOURCE OF DHA. M. ALPINA OIL IS A SOURCE OF ARA.





Marentette et al v. Abbott Laboratories, Inc.          Exhibit 1, page 6 of 14



## NUTRIENTS per 100 Calories (5 fl oz, prepared as directed)

| | | | | | |
|---|---|---|---|---|---|
| PROTEIN | 2.07 | G | WATER | 133 | G |
| FAT | 5.63 | G | LINOLEIC ACID | 860 | MG |
| CARBOHYDRATE | 10.4 | G | | | |

### VITAMINS

| | | | | | |
|---|---|---|---|---|---|
| VITAMIN A | 300 | IU | NIACIN | 1050 | MCG |
| VITAMIN D | 60 | IU | FOLIC ACID (FOLACIN) | 15 | MCG |
| VITAMIN E | 1.5 | IU | PANTOTHENIC ACID | 450 | MCG |
| VITAMIN K | 8 | MCG | BIOTIN | 4.4 | MCG |
| THIAMIN (VIT. B₁) | 100 | MCG | VITAMIN C | | |
| RIBOFLAVIN (VIT. B₂) | 150 | MCG | (ASCORBIC ACID) | 9 | MG |
| VITAMIN B₆ | 60 | MCG | CHOLINE | 16 | MG |
| VITAMIN B₁₂ | 0.25 | MCG | INOSITOL | 4.7 | MG |

### MINERALS

| | | | | | |
|---|---|---|---|---|---|
| CALCIUM | 78 | MG | COPPER | 90 | MCG |
| PHOSPHORUS | 42 | MG | IODINE | 6 | MCG |
| MAGNESIUM | 6 | MG | SELENIUM | 1.8 | MCG |
| IRON | 1.8 | MG | SODIUM | 24 | MG |
| ZINC | 0.75 | MG | POTASSIUM | 105 | MG |
| MANGANESE | 5 | MCG | CHLORIDE | 65 | MG |

**INGREDIENTS: ORGANIC** NONFAT MILK, **ORGANIC** MALTODEXTRIN, **ORGANIC** SUGAR, **ORGANIC** HIGH OLEIC SUNFLOWER OIL, **ORGANIC** SOY OIL, **ORGANIC** COCONUT OIL; **LESS THAN 2% OF:** C. COHNII OIL, M. ALPINA OIL, BETA-CAROTENE, LUTEIN, LYCOPENE, FRUCTOOLIGOSACCHARIDES, POTASSIUM CITRATE, CALCIUM CARBONATE, ASCORBIC ACID, ASCORBYL PALMITATE, FERROUS SULFATE, SALT, CHOLINE CHLORIDE, CHOLINE BITARTRATE, TAURINE, m-INOSITOL, MAGNESIUM CHLORIDE, ZINC SULFATE, MIXED TOCOPHEROLS, d-ALPHA-TOCOPHERYL ACETATE, NIACINAMIDE, CALCIUM PANTOTHENATE, L-CARNITINE, VITAMIN A PALMITATE, CUPRIC SULFATE, THIAMINE CHLORIDE HYDROCHLORIDE, RIBO-FLAVIN, PYRIDOXINE HYDROCHLORIDE, FOLIC ACID, MANGANESE SULFATE, PHYLLOQUINONE, BIOTIN, SODIUM SELENATE, VITAMIN D₃, CYANOCOBALAMIN, POTASSIUM IODIDE, POTASSIUM HYDROXIDE AND NUCLEOTIDES (CYTIDINE 5'-MONO-PHOSPHATE, DISODIUM GUANOSINE 5'-MONOPHOSPHATE, DISODIUM URIDINE 5'-MONOPHOSPHATE, ADENOSINE 5'-MONOPHOSPHATE). **CONTAINS MILK INGREDIENTS.**

**Abbott Nutrition**, Abbott Laboratories
Columbus, Ohio 43219-3034 USA

CERTIFIED ORGANIC BY QUALITY ASSURANCE INTERNATIONAL

C. COHNII OIL IS A SOURCE OF DHA.
M. ALPINA OIL IS A SOURCE OF ARA.



# Similac® Advance® Organic
**Infant Formula with Iron**

## Product Information:
## Similac® Advance® Organic

© 2012 Abbott Laboratories Inc.
Updated 12/12/2012

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767

Abbott
Nutrition

Case 1:15-cv-00837-PKC-RLM Document 15-3 Filed 05/30/15 Page 10 of 14 PageID #: 522
Case 1:15-cv-02837-PKC-RRM Document 1-3 Filed 05/18/15 Page 11 of 15 PageID #: 542
Marentette et al v. Abbott Laboratories, Inc.                                                      Exhibit 1, page 10 of 14

# Similac® Advance® Organic
### Infant Formula with Iron



- Help your baby reach important milestones with Similac Advance Organic - a wholesome organic formula that provides complete nutrition for your baby's first year.
- Our exclusive formula has:
  - DHA (Omega 3) and ARA (Omega 6) for brain and eye development
  - Lutein for eye health
  - Calcium for strong bones - no palm olein oil
  - Nucleotides to help support the immune system
  - Prebiotics to help promote digestive health
  - Carotenoids naturally found in breast milk
- A nutritionally complete, organic, milk-based, iron-fortified infant formula for use as a supplement or alternative to breastfeeding.
- Unique blend of organic nonfat milk, organic maltodextrin, and organic sugar.
- Certified USDA Organic.

## Safety Precautions
- Never use a microwave oven to warm formula. Serious burns can result.
- **Warning:** Powdered infant formulas are not sterile and should not be fed to premature infants or infants who might have immune problems unless directed and supervised by your baby's doctor.

## Ingredients

### Unflavored Powder:
Organic Nonfat Milk, Organic Maltodextrin, Organic Sugar, Organic High Oleic Sunflower Oil, Organic Soy Oil, Organic Coconut Oil. Less than 2% of the Following: C. Cohnii Oil, M. Alpina Oil, Beta-Carotene, Lutein, Lycopene, Fructooligosaccharides, Potassium Citrate, Calcium Carbonate, Ascorbic Acid, Ascorbyl Palmitate, Ferrous Sulfate, Salt, Choline Chloride, Choline Bitartrate, Taurine, m-Inositol, Magnesium Chloride, Zinc Sulfate, Mixed Tocopherols, d-Alpha-Tocopheryl Acetate, Niacinamide, Calcium Pantothenate, L-Carnitine, Vitamin A Palmitate, Cupric Sulfate, Thiamine Chloride Hydrochloride, Riboflavin, Pyridoxine Hydrochloride, Folic Acid, Manganese Sulfate, Phylloquinone, Biotin, Sodium Selenate, Vitamin D3, Cyanocobalamin, Potassium Iodide, Potassium Hydroxide, and Nucleotides (Cytidine 5'-Monophosphate, Disodium Guanosine 5'-Monophosphate, Disodium Uridine 5'-Monophosphate, Adenosine 5'-Monophosphate).
**Allergens:** Contains milk ingredients.

## Availability

| List Number | Item |
|---|---|
| 50815 | Similac Advance Organic Powder / 2.12-LB (936-g) SimplePac / 6 ct |
| 50821 | Similac Advance Organic Powder / 1.45-LB (657-g) SimplePac / 6 ct |
| 56525 | Similac Advance Organic Ready to Feed Institutional / 2-fl-oz (59-mL) Bottle / 48 ct |
| 59883 | Similac Advance Organic Ready to Feed / 1-QT (946-mL) Bottle / 6 ct |
| 59885 | Similac Advance Organic Ready to Feed / 1-QT (946-mL) Bottle / 6 ct |

For more information, contact your Abbott Nutrition Representative or visit
**www.abbottnutrition.com**

© 2012 Abbott Laboratories Inc.
Updated 12/12/2012

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767



## Similac® Advance® Organic
Infant Formula with Iron

### Nutrition Information - Unflavored Powder

|  | 100 Cal* | 1000 mL* |
|---|---|---|
|  | Value | Value |
| Calories | 100 | 676 |
| Volume, mL | 148 | 1000 |
| Protein, g | 2.07 | 14.07 |
| Fat, g | 5.63 | 38.26 |
| Carbohydrate, g | 10.4 | 70.7 |
| Water, g | 133 | 899 |
| Linoleic Acid, mg | 860 | 5844 |
| Vitamin A, IU | 300 | 2038 |
| Vitamin D, IU | 60 | 408 |
| Vitamin E, IU | 1.5 | 10.2 |
| Vitamin K, mcg | 8 | 54 |
| Thiamin (Vitamin B1), mcg | 100 | 679 |
| Riboflavin (Vitamin B2), mcg | 150 | 1019 |
| Vitamin B6, mcg | 60 | 408 |
| Vitamin B12, mcg | 0.25 | 1.70 |
| Niacin, mcg | 1050 | 7135 |
| Folic Acid (Folacin), mcg | 15 | 102 |
| Pantothenic Acid, mcg | 450 | 3058 |
| Biotin, mcg | 4.4 | 29.9 |
| Vitamin C (Ascorbic Acid), mg | 9 | 61 |
| Choline, mg | 16 | 109 |
| Inositol, mg | 4.7 | 32 |
| Calcium, mg | 78 | 530 |
| Phosphorus, mg | 42 | 285 |
| Magnesium, mg | 6 | 41 |
| Iron, mg | 1.8 | 12.2 |
| Zinc, mg | 0.75 | 5.10 |
| Manganese, mcg | 5 | 34 |
| Copper, mcg | 90 | 612 |
| Iodine, mcg | 6 | 41 |
| Selenium, mcg | 1.8 | 12.2 |
| Sodium, mg | 24 | 163 |
| Potassium, mg | 105 | 713 |
| Chloride, mg | 65 | 442 |

For more information, contact your Abbott Nutrition Representative or visit
**www.abbottnutrition.com**

© 2012 Abbott Laboratories Inc.
Updated 12/12/2012

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767



Marentette et al v. Abbott Laboratories, Inc.                    Exhibit 1, page 12 of 14

## Similac® Advance® Organic
**Infant Formula with Iron**

### Unflavored Powder Footnotes & References

***Per 100 Cal***[*]
[*]Nutrient values are applicable when prepared as directed.

***Per 1000 mL***[*]
[*]Nutrient values are applicable when prepared as directed.

© 2012 Abbott Laboratories Inc.
Updated 12/12/2012

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767

**Abbott**
Nutrition

Marentette et al v. Abbott Laboratories, Inc.                                    Exhibit 1, page 13 of 14

## Similac® Advance® Organic
Infant Formula with Iron

### Preparation

**Powder**

Your baby's health depends on carefully following these directions. Proper hygiene, handling and storage are important when preparing infant formula. Failure to follow these directions could result in severe harm. Ask your baby's doctor if you need to use cooled, boiled water for mixing and if you need to boil (sterilize) bottles, nipples and rings before use.

- Wash your hands, surfaces and utensils.
- Pour water into clean bottle (see mixing guide).
- Add 1 unpacked level scoop (8.6 g) to each 2 fl oz of water.
- Return dry scoop to holder in lid.
- Cap bottle; shake well; attach nipple.
- Once feeding begins, **use within 1 hour or discard.**

**Powder Mixing Guide**

| Measure water | + | Add scoop(s) of *unpacked level powder* using enclosed scoop | = | Finished bottle (approx) |
|---|---|---|---|---|
| 2 fl oz | | 1 scoop (8.6 g) | | 2 fl oz |
| 4 fl oz | | 2 scoops | | 4 fl oz |
| 6 fl oz | | 3 scoops | | 6 fl oz |
| 8 fl oz | | 4 scoops | | 8 fl oz |

**Ready to Feed**

Your baby's health depends on carefully following these directions. Failure to follow these directions could result in severe harm. Ask your baby's doctor if you need to boil (sterilize) bottle, nipple and ring before use.

2-fl-oz bottle
- **Do not use if breakaway ring is missing or broken.**
- Do not add water.
  - Ready to feed formula if mixed with water may not provide proper nutrition, and repeated use of such feedings could cause illness.
- Shake very well.
- Twist off cap.
- Twist on nipple and ring.
  - Use clean hands to attach nipple and ring.
- Once feeding begins, **use within 1 hour or discard.**

1-QT bottle
- **Do not use if band around cap or inner foil seal is damaged.**
- Do not add water.
- Shake very well before each use.
- Remove protective band, twist off and clean cap.
- Invert cap; press down to pierce foil, then turn cap a half turn.
- Remove foil.
- Pour formula into bottle; attach nipple.
- Once feeding begins, **use within 1 hour or discard.**
- Prepare and feed all formula from the 1 QT container **within 3 days after opening.**

For more information, contact your Abbott Nutrition Representative or visit
**www.abbottnutrition.com**

© 2012 Abbott Laboratories Inc.
Updated 12/12/2012

Abbott Nutrition Abbott Laboratories
Columbus, OH 43219-3034
1-800-227-5767



Marentette et al v. Abbott Laboratories, Inc.                    Exhibit 1, page 14 of 14

## Similac® Advance® Organic
### Infant Formula with Iron

### Storage & Handling

**Ready to Feed**

2-fl-oz bottle
- Avoid prolonged exposure of bottles to light.
- Store unopened at room temperature; avoid extreme temperatures.

1-QT bottle
- Once opened, store quart bottle in refrigerator.
- Store prepared bottles in refrigerator and **feed to baby within 48 hours**.
- Store unopened containers at room temperature; avoid extreme temperatures.
- Do not reuse container.

**Powder**
- Once mixed, store bottles in refrigerator and **feed to baby within 24 hours.**
- Store unopened or opened container at room temperature; avoid extreme temperatures.
- **Use opened container contents within 1 month.**
- Do not reuse container.

For more information, contact your Abbott Nutrition Representative or visit
**www.abbottnutrition.com**

© 2012 Abbott Laboratories Inc.            Abbott Nutrition Abbott Laboratories
Updated 12/12/2012                         Columbus, OH 43219-3034
                                           1-800-227-5767

Abbott
Nutrition